Josifi v Regal Walk Condominium II (2022 NY Slip Op 50936(U))

[*1]

Josifi v Regal Walk Condominium II

2022 NY Slip Op 50936(U) [76 Misc 3d 135(A)]

Decided on September 23, 2022

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on September 23, 2022
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., MICHELLE WESTON, CHEREÉ A.
BUGGS, JJ

2021-260 RI C

Ylli Josifi and Enttela Josifi, Appellants,
against
Regal Walk Condominium II, Colby Property Management and
Gateway Arms Realty Corp., Respondents, Westcor Land Insurance Title Company and Peter F.
Martin, Defendants. 

Stepehn A. Katz, P.C. (Stephen A. Katz of counsel), for appellants.
Ward & Rafter, LLP (Andrew A. Rafter of counsel), for respondent Gateway Arms Realty
Corp.
Colbert Law (Joseph G. Colbert of counsel), for respondents Regal Walk Condominium II and
Colby Property Management.

Appeal from a judgment of the Civil Court of the City of New York, Richmond County
(Michael Gerstein, J.), entered February 8, 2019. The judgment, entered pursuant to a decision of
that court dated October 31, 2018, after a nonjury trial, dismissed so much of the complaint as
was against defendants Regal Walk Condominium II, Colby Property Management, and Gateway
Arms Realty Corp., and awarded defendants Regal Walk Condominium II and Colby Property
Management the principal sum of $20,539.47 on their counterclaim.

ORDERED that, on the court's own motion, the notice of appeal from the decision dated
October 31, 2018 is deemed a premature notice of appeal from the judgment entered February 8,
2019 (see CPLR 5520 [c]); and it is further,
ORDERED that the judgment is affirmed, without costs.
Plaintiffs commenced this action to recover the principal sum of $3,850.54, alleging breach
of contract, breach of fiduciary duty and fraud. Defendants Regal Walk Condominium II (Regal)
[*2]and Colby Property Management (Colby) interposed a
counterclaim to recover the sum of $20,539.47, alleging breach of contract and for overdue
common charges and assessments, late fees, interest and legal fees pursuant to a homeowners
association agreement. Plaintiffs appeal from a judgment entered February 8, 2019 which, after a
nonjury trial, dismissed so much of the complaint as was against defendants Regal, Colby, and
Gateway Arms Realty Corp. (Gateway), and awarded defendants Regal and Colby the principal
sum of $20,539.47 on their counterclaim. 
The trial evidence established that plaintiffs entered into a contract on December 10, 2014 to
purchase a condominium at a complex where defendant Regal is the homeowners association.
Plaintiffs' attorney thereafter received a letter dated March 2, 2015 from Gateway, the
management office at the time, stating that the condominium's monthly common charge was
$208.01, which letter was admitted into evidence. Plaintiffs claimed that they would never have
purchased the condominium if they knew that the monthly common charges were significantly
higher. 
The Multiple Listing Service listing the subject condominium for sale, the appraisal, the
contract of sale, and the plaintiffs' mortgage application, the latter two of which plaintiffs signed
and all of which defendants presented at the closing at which plaintiffs were present with an
attorney, listed the condominium's monthly common charge as $302.54. Plaintiff Ylli Josifi
testified that he did not read the documents at the closing because he had an attorney
present.
The record supports the Civil Court's determination that plaintiffs failed to make out a prima
facie case on any of their causes of action and thus properly dismissed the complaint. The
evidence also established that Regal and Colby were entitled to recover on their
counterclaim.
Accordingly, the judgment is affirmed.
ALIOTTA, P.J., WESTON and BUGGS, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: September 23, 2022